## Turner *v.* G. C. Murphy Co., Appellant.

*Master and servant—Salary — Contract — Modification of contract—Evidence—Question for jury.*

In an action by an employee against his employer for salary, where the issue is as to whether the original contract had been modified, and the plaintiff is supported in his contention that it was, by the testimony of two witnesses, and the disputed facts are fairly submitted to the jury who find for the plaintiff, and a motion for judgment n. o. v. is overruled, the appellate court will not reverse the judgment which was allowed to stand on the verdict.

Argued May 12, 1915.  Appeal, No. 138, April T., 1915, by defendant, from judgment of C. P. Beaver Co., Dec. T., 1912, No. 219, on verdict for plaintiff in case of John M. Turner v. G. C. Murphy Company.  Before RICE, P. J., ORLADY, HEAD, PORTER, HENDERSON, KEPHART and TREXLER, JJ.  Affirmed.

Assumpsit for salary.  Before HOLT, P. J.

Verdict and judgment for plaintiff for $459.28.  Defendant appealed.

*Errors assigned* were various portions of charge.

*Wm. A. McConnell,* with him *Douglass & Fife,* for appellant.

*George A. Baldwin,* for appellee.

OPINION BY ORLADY, J., October 11, 1915:

Whether the contract between the parties to this action was modified and in what particulars was purely a question of fact. The plaintiff was supported in his contention by the testimony of two witnesses, and the disputed facts were fairly and adequately submitted to the jury. After a full hearing, on a review of the record by the trial judge, the motions for a new trial, and for judgment non obstante veredicto were overruled, and the verdict returned by the jury was allowed to stand. On further examination, we find no such reversible error as warrants another trial.

The judgment is affirmed.